**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                            CASE NO. 8:13-CR-137-T-EAK-TBM

HOWARD MONTANEZ-RODRIGUEZ
_____/

**ORDER**

     This cause comes before the Court on the defendant's motion for reduction of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Doc. 19).  The Court also has before it the U.S. Probation Office Amendment Assessment (Doc. 21).  The Court has reviewed the motion and the Amendment Assessment for the United States Probation Office.  The Court concludes that the defendant is not eligible for a reduction in sentence based on the amended guidelines and adopts their position that the defendant is not eligible for a reduction in sentence because Amendment 782 does not have an effect of lowering the defendant's guideline range. Accordingly, it is.

     **ORDERED** that defendant's motion for modification of sentence be **denied**.

     **DONE AND ORDERED** in Chambers in Tampa, Florida this 14th day of October, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record